No. 46255.—Protests 759712–G, etc., of Abad Esteve Corp. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46256.—Protests 800431–G, etc., of George H. Barrel et al. (Boston, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 14, 1941

No. 46257.—Protests 975472–G, etc., of Alliance Silk Mills, Inc. (New York).

Opinion by TILSON, J. It was agreed between counsel that certain of the items consist of laces similar to those passed upon in Abstract 41121. The claim at 50 percent under paragraph 1529 and T. D. 48316 was therefore sustained.

No. 46258.—Protests 801671–G, etc., of Blue Ware et al. (Boston, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46259.—Protests 985428–G, etc., of Kaufmann Dept. Stores et al. (Pittsburgh, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 15, 1941

No. 46260.—Protest 989215–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the siren whistles in question are composed in chief value of metal and are similar to the merchandise the subject of Abstract 40480. In accordance therewith the claim at 45 percent under paragraph 397 was sustained.

No. 46261.—Protests 985059–G, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44122 the kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed.